## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | 4:11CR3131 |
| vs. | ) ) ) | DETENTION ORDER |
| TERRELL SMITH, | ) ) ) | PETITION FOR ACTION ON CONDITIONS OF |
| Defendant. | ) ) | PRETRIAL RELEASE |

The defendant appeared before me today to enter a guilty plea. A Petition was also filed alleging the defendant had violated the conditions of his release. (Filing No. 27). A hearing was convened and the defendant admitted allegation 1 and part (l) of allegation 7 in the Petition.

Based on the information before the court, the undersigned magistrate judge finds that the defendant poses a danger to the public if released.

Accordingly,

**IT IS ORDERED,**

1) The defendant is found to be in violation of his conditions of release.

2) The defendant's order setting conditions of release (filing no. 20) is revoked.

3) The defendant shall be detained until further order of the court.

June 8, 2012

BY THE COURT:

*s/Cheryl R. Zwart*
United States Magistrate Judge